UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In Re: **Scott Brass, Inc.**

Debtor(s)

BK No. **1:08−bk−13702**

Chapter **11**

*Order GRANTING. Document (doc# 2 )*

*Re: Motion to Appear Pro Hac Vice filed by attorney Jed Horwitt*

After consideration of the pleading(s), **IT IS HEREBY ORDERED** that the above entitled document (doc. # 2 ) is GRANTED .

Judgment #: 1:08−bk−13702 − 4 − 2

*ORDER:*

BY: cs
Deputy Clerk

*ENTER:*

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **11/24/08**

Entered on Docket: **11/24/08**
Document Number: **4 − 2**

oaftconsid.jsp #145