`UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

```
-------------------------------------------------X
In re:                                           :    CHAPTER 11
                                                 :
SCOTT BRASS, INC.                                :    CASE NO. 08-13702
                                                 :
              Debtor                             :
-------------------------------------------------X
```

## JOINDER IN INVOLUNTARY PETITION

The undersigned creditor(s), pursuant to 11 U.S.C. § 303( c), hereby join in the involuntary petition filed against Scott brass, Inc. Each of the undersigned creditors represents under penalty of perjury that to the best of their knowledge, information and belief, it holds a non-contingent, undisputed unsecured claim against Scott Brass, Inc.

_____, General Manager
Signature of Petitioner or Representative (State Title)

| Exeon Inc. | November 26, 2008 |
|---|---|
| Name of Petitioner | Date Signed |

Name & Mailing Address of Individual Signing in Representative Capacity:

Stephen Lundergan

Exeon Inc., 200 East Main Street, Suite 810

Fort Wayne, IN 46845

Nature of Claim: Trade Creditor, Goods Sold and Delivered

Amount of Claim: $ 116,787.24